**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| Johnnie Cordero, | Civil Action No. <u>3:20-cv-02195-JFA-</u>PJG |
| Plaintiff, | |
| vs. | |
| Matthew Kisner, in his official capacity as Chair of The Richland County Democratic Party; The Richland County Democratic Party; Trav Robertson, Jr., in his official capacity as Chair of The South Carolina Democratic Party; and, The South Carolina Democratic Party, | **NOTICE OF REMOVAL** |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1331, 1343, and 1441, Defendants Trav Robertson and The South Carolina Democratic Party, with the express consent of Defendants Matthew Kisner and The Richland County Democratic Party (**Ex. 1**), hereby remove this civil action from the Court of Common Pleas for the Fifth Judicial Circuit, Richland County, South Carolina, to the United States District Court for the District of South Carolina, Columbia Division. Defendants state the following grounds for removal:

<u>**STATE COURT ACTION**</u>

1.      *Pro Se* Plaintiff Johnnie Cordero ("Plaintiff") commenced this action by filing a Summons and Complaint in the Richland County Court of Common Pleas, C/A No. 2020-CP-40-01980, on April 16, 2020. A true and correct copy of the Summons and Complaint is attached hereto as **Exhibit 2**.

2.      Defendants Matthew Kisner and The Richland County Democratic Party were served with the Summons and Complaint on or about April 17, 2020.

3.      The undersigned accepted service for Defendants Trav Robertson and The South Carolina Democratic Party on May 14, 2020.

1

4.     On May 28, 2020, Defendants received a copy Plaintiff's First Amended Complaint and Motion for Speedy Hearing and Calendar Advancement via U.S. Mail to the undersigned. (**Ex. 3**.)  It appears Plaintiff filed the same in the Richland County Court of Common Pleas on May 29, 2020.

5.     Defendants have not yet responded to the Complaint or Amended Complaint, as a response is not due until June 17, 2020, under the South Carolina Rules of Civil Procedure and by agreement of the parties. (**Ex. 4**.)

## FEDERAL QUESTION JURISDICTION

6.     In his Complaint and Amended Complaint, Plaintiff asserts causes of action for violation of the Voting Rights Act, 42 U.S.C. § 1973; U.S. Const. amend. XIV; U.S. Const. amend. XV; 42 U.S.C. 1983; U.S. Const. amend. I; and S.C. Code Ann. Section 7-9-70.

7.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because this action arises under the Constitution and law of the United States.

8.     This Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1343 because the Complaint and Amended Complaint allege deprivation of rights secured by the U.S. Constitution and seek relief under federal laws providing for the protection of civil rights.

9.     This Court has supplemental jurisdiction over Plaintiff's single state law claim pursuant to 28 U.S.C. § 1337 because it forms part of the same case or controversy as the above federal law claims.

10.     Thus, this Court has removal jurisdiction over this action pursuant to 28 U.S.C. § 1441 (a).

## PROCEDURAL REQUIREMENTS OF REMOVAL

11.     This action is properly removed to the United States District Court for the District of South Carolina, Columbia Division, because this Court embraces the Court of Common Pleas for the Fifth Judicial Circuit, Richland County, South Carolina, where this action is pending. 28 U.S.C. §§ 1441 (a).

12.     True and correct copies of all process, pleadings, and orders served upon Defendants in the state court action are attached hereto as **Exhibits 2** and **3**.  28 U.S.C. § 1446 (a).

13.     This Notice of Removal has been timely filed within 30 days after receipt of the Summons and Complaint by Defendants Trav Robertson and The South Carolina Democratic Party.  28 U.S.C. § 1446 (b)(1).

14.     All Defendants have consented to removal.  28 U.S.C. § 1446 (b)(2).

15.     After filing this Notice of Removal, Defendants promptly will file a copy of this Notice with the Clerk of Court for the Richland County Court of Common Pleas and serve the same upon Plaintiff. 28 U.S.C. § 1446 (d).

## NON-WAIVER

16.     By removing this action from the Richland County Court of Common Pleas, Defendants do not waive any defenses available to them.

17.     By removing this action from the Richland County Court of Common Pleas, Defendants do not admit any of the allegations in Plaintiff's Complaint or Amended Complaint.

18.     Defendants reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, Defendants hereby remove the above-captioned action from the Court of Common Pleas for the Fifth Judicial Circuit, Richland County, South Carolina, to the United States District Court for the District of South Carolina, Columbia Division.

[*Signature page to follow.*]

3

Respectfully submitted,


  /s Nekki Shutt
Nekki Shutt (Fed. ID 6530)
Grant Burnette LeFever (Fed. ID 12943)
BURNETTE SHUTT & McDANIEL, PA
912 Lady Street, Second Floor
PO Box 1929
Columbia, South Carolina 29202
Telephone: (803) 904-7912
Fax: (803) 904-7910
NShutt@BurnetteShutt.Law
GLeFever@BurnetteShutt.Law

**ATTORNEYS FOR DEFENDANTS**

Columbia, South Carolina

June 9, 2020

4