**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| Johnnie Cordero,<br><br>              Plaintiff,<br><br>vs.<br><br>Matthew Kisner, in his official capacity as Chair of The Richland County Democratic Party; The Richland County Democratic Party; Trav Robertson, Jr., in his official capacity as Chair of The South Carolina Democratic Party; and, The South Carolina Democratic Party,<br><br>              Defendants. | Civil Action No. 3:20-cv-02195-JFA-PJG<br><br><br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |

**YOU WILL PLEASE TAKE NOTICE** that Defendants Matthew Kisner, Richland County Democratic Party, Trav Robertson, Jr., and the South Carolina Democratic Party (collectively, "Defendants") respectfully move this Court for an Order dismissing Plaintiff's First Amended Complaint (ECF No. 1-3) in its entirety, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and applicable case law, for failure to state a claim upon which relief can be granted. The specific grounds for Defendants' motion are as follows:

1.      The state statutes Plaintiff seeks to enforce, governing the timing of county party conventions, are not constitutionally enforceable, and, even if they are, there is no private right of action to enforce them;

2.      Plaintiff has failed to state facts that would show state action or any violation of the federal Voting Rights Act;

3.      Plaintiff has failed to state facts that would show state action or any violation of his constitutional rights under 42 U.S.C. § 1983; and,

4.      All of Plaintiff's claims for injunctive and declaratory relief are moot.

1

This motion is based upon the pleadings filed in this matter, the Rules of this Court, all applicable state and federal statutes, the supporting memorandum of law, and any other information this Court may accept.

Respectfully submitted,

s/ Grant Burnette LeFever
Nekki Shutt (Fed. ID 6530)
Grant Burnette LeFever (Fed. ID 12943)
BURNETTE SHUTT & McDANIEL, PA
912 Lady Street, Second Floor
PO Box 1929
Columbia, South Carolina 29202
Telephone: (803) 904-7912
Fax: (803) 904-7910
NShutt@BurnetteShutt.Law
GLeFever@BurnetteShutt.Law

**ATTORNEYS FOR DEFENDANTS**

Columbia, South Carolina

June 16, 2020