AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

|  |  |  |
|---|---|---|
| Johnnie Cordero, <br> *Plaintiff,* <br> v. <br><br> Matthew Kisner, *in his official capacity as Chair of the Richland County Democratic Party*; The Richland County Democratic Party; Trav Robertson, Jr., *in his official capacity as Chair of South Carolina Democratic Party*; The South Carolina Democratic Party, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:20-2195-JFA |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendants *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

■  **IT IS ORDERED AND ADJUDGED** that plaintiff, Johnnie Cordero, shall take nothing of the defendants on the claims of 42 U.S.C. § 1983 and the Voting Rights Act of 1965, 52 U.S.C. §§ 10101, *et seq.* .  The court remands the remaining state law claims to Richland County Court of Common Pleas and this case is dismissed.

This action was *(check one):*

❏  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision was reached.

■ Decision by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding accepting in part the Report and Recommendations set forth by the Honorable Paige J. Gossett, United States District Magistrate Judge recommends that summary judgment be granted on plaintiff's claims of 42 U.S.C. § 1983 and the Voting Rights Act of 1965, 52 U.S.C. §§ 10101, *et seq.* .

Date:   September 28, 2020

*ROBIN L. BLUME, CLERK OF COURT*

s/Mary L. Floyd
_____
*Signature of Clerk or Deputy Clerk*